KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNE DALLEY, | ) |
| Plaintiff, | ) CIVIL NO. 00-01687 VRW |
| v. | ) STIPULATION AND ORDER |
| | ) APPROVING COMPROMISE |
| JO ANNE B. BARNHART, | ) SETTLEMENT OF ATTORNEY |
| Commissioner of Social Security, | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| Defendant. | ) |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay THREE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND FIFTY CENTS ($3,654.50), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY DOLLARS ($150.00) in costs. The checks are to be payable to plaintiff's counsel:

JAMES H. MILLER
BOX 10891 GRAND LAKE STATION
OAKLAND, CA 94610
(510) 451-2132 fax: 0824

///

2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3. Payment of the THREE THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND FIFTY CENTS ($3,654.50), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and ONE HUNDRED FIFTY DOLLARS ($150.00) in costs will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: September 21, 2006

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: September 25, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/27/06

IT IS SO ORDERED
Judge Vaughn R Walker

DALLEY, EAJA STIP (ds)
C 00-01687 VRW                               2